UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-08739-RGK (AJWx) | Date | October 14, 2011 |
|---|---|---|---|
| Title | MARK BOND v. L.A. COUNTY ASSESSORS OFFICE | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     **(IN CHAMBERS) Order to Show Cause re: Lack of Jurisdiction**

On August 15, 2011, this Court issued an Order to Show Cause re: Lack of Jurisdiction. Plaintiff was ordered to show cause in writing why his action should not be dismissed for lack of federal subject matter jurisdiction.

Plaintiff filed a First Amended Complaint on August 15, 2011 seeking disclosure of certain public records under the Freedom of Information Act ("FOIA"). However, under 5 U.S.C. § 552 an "agency" is defined as an "authority of the Government of the United States." Defendant from whom Plaintiff seeks the release of public documents is not an agency under this definition. Therefore a FOIA action may not be brought against Defendant and it would appear as if subject matter jurisdiction is lacking over the entire matter.

Plaintiff is hereby ordered to show cause in writing why this matter should not be dismissed for lack of subject matter jurisdiction. Plaintiff shall file his response no later than November 4, 2011. Failure to timely and adequately respond to this order to show cause will result in dismissal of this action.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | slw |